MORRIS H. STEIN, Respondent, v. ADLEE HOLDING CORP. et al., Appellants, et al., Defendants.— Appeal from an order striking out improper and redundant matter from paragraphs 1 and 3 of appellants' answer, and dismissing their separate defense and cross claim, insofar as the same purports to interplead or made cross claim against the plaintiff. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

## THIRD DEPARTMENT, JANUARY, 1951.
### (January 10, 1951.)

In the Matter of the Claim of JANET LANE, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.— Motion to withdraw and discontinue appeal from a decision of the Unemployment Insurance Appeal Board, dated June 2, 1950. Motion granted, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

SIDNEY L. TRIPP et al., Plaintiffs, v. THOMAS R. STOWER, Defendant.— The portion of the order to show cause which granted the stay ex parte is vacated. Whether the Warren Special Term has jurisdiction to hear this motion to change the place of trial where the venue was laid in Albany County is a question for determination, in the first instance, of the Special Term. The motion to vacate the remaining portion of the order to show cause is denied. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of GERTRUDE BROE, Respondent, against FLUSHING HOSPITAL, Employer, and STATE INSURANCE FUND, Appellant, and SPECIAL FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 277 App. Div. 1070.]